**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                          NO. 4:13CR00180-01 JLH

JAMES A. HELFRICH                                                          DEFENDANT

## ORDER

Pending before the Court is the motion to withdraw and for substitution of counsel for defendant James A. Helfrich filed by CJA Panel Attorney Jonathan T. Lane. Good cause having been shown, the motion is GRANTED. Document #16.

IT IS THEREFORE ORDERED that CJA Panel Attorney Misty W. Borkowski is hereby appointed to represent defendant James A. Helfrich in all further proceedings. Jonathan T. Lane is relieved from any further representation of the defendant in this matter.

IT IS SO ORDERED this 2nd day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE