# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                              No. 4:13CR00180-01 JLH

JAMES A. HELFRICH                                                       DEFENDANT

## ORDER

Pending before the Court is the government's motion to continue the bond hearing currently set for Friday, August 2, 2013. Good cause having been shown, the motion is GRANTED. Document #29.

The hearing on defendant's motion for amendment of the order of detention is hereby rescheduled for **MONDAY, AUGUST 5, 2013, at 9:30 A.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #25.

IT IS SO ORDERED this 23rd day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE